An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID BRUCE THOMAS,
                              Appellant,
                vs.
ALLISON PAGE BURNS,
                              Respondent.

No. 64908

**FILED**

SEP 1 4 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc:     Hon. Steven E. Jones, District Judge, Family Court Division
        Lewis Roca Rothgerber LLP/Reno
        Kunin & Carman
        Eighth District Court Clerk

---

[1]The motion to withdraw as counsel of record, and the motion for an extension of time to file the answering brief are denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27737